UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-20982-CIV-WILLIAMS

ABDELLAH BOUCHOUK

    Plaintiff,

vs.

ECONOMY FOOD STORES, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation (the "Report") (DE 20) on Plaintiff's motion for final default judgment and attorneys' fees and costs against Defendants Economy Food Store, Inc., Ghada Almasarweh, and Rasheed Almasarweh (DE 18). No objections to the report were filed and the time to do so has now passed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 20) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion for default judgment and attorneys' fees and costs (DE 18) is **GRANTED IN PART**.

3. Judgment is **ENTERED** against Defendants Economy Food Store, Inc., Ghada Almasarweh, and Rasheed Almasarweh and in favor of Plaintiff Abdellah Bouchouk in the amount of **$34,800** in damages for which sum let execution issue. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. Plaintiff is further awarded **$2,906.25** in attorneys' fees and **$535.00** in costs. Defendants are jointly and severally liable.

4. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 22nd day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE