UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-20982-CIV-WILLIAMS

ABDELLAH BOUCHOUK,

    Plaintiff,

vs.

ECONOMY FOOD STORE, INC., *et al.*

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT

Pursuant to the Court's Order affirming and adopting Magistrate Judge Edwin G. Torres' Report & Recommendation, granting in part Plaintiff's motion for default judgment, it is **ORDERED AND ADJUDGED** that Plaintiff Abdellah Bouchouk shall recover from Defendants Economy Food Store, Inc., Ghada Almasarweh, and Rasheed Almasarweh total damages in the amount of **$34,800** plus interest, **$2,906.25** in attorneys' fees, and **$535.00** in costs, for which Defendants are jointly and severally liable. All pending motions are **DENIED AS MOOT**, and the Clerk is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers in Miami, Florida this 25th day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE